**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DEWAYNA C. PITTS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 17-CV-156-SMY-SCW |
| ) | |
| **STANISLAUS CREDIT CONTROL** ) | |
| **SERVICE, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the Plaintiff that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against Defendants Stanislaus Credit Control Service, Inc. and John Does 1-4 are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  October 16, 2017**

                                             **JUSTINE FLANAGAN, Acting Clerk**

                                             **By:   s/ Stacie Hurst**
                                                       **Deputy Clerk**

**APPROVED: s/ Staci M. Yandle**
                       **STACI M. YANDLE**
                       **United States District Judge**